UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| **AMY SMITH**  Plaintiff(s)  vs.  **UNIVERSITY OF ARIZONA GLOBAL CAMPUS**, *et ai*.  Defendant. | Case No.: 3:23-cv-00017  Judge Michael J. Newman  Magistrate Judge Peter B. Silvain Jr. |

**STIPULATED DISMISSAL OF ALL CLAIMS AGAINST
<u>DEFENDANT UNIVERSITY OF ARIZONA GLOBAL CAMPUS</u>**

Plaintiff Amy Smith and Defendant University of Arizona Global Campus, through their respective counsel, hereby stipulate that Plaintiffs' claims against Defendant University of Global Campus are hereby dismissed *with prejudice* pursuant to Civ. R. 41. Each party shall bear their own costs.

This dismissal does not affect Plaintiffs' remaining claims against Defendants Zovio, Inc. and the CBE Group, Inc.

Respectfully Submitted,

| | |
|---|---|
| /s/Brian D. Flick  Marc E. Dann (0039425)  Brian D. Flick (0081605)  DannLaw  15000 Madison Avenue  Lakewood, OH 44107  (216) 373-0539  (216) 373-0536 fax  notices@dannlaw.com  *Attorneys for Plaintiff Amy Smith* | /s/ Amanda K. Wager (per email authority 03/22/2023)  Zachary B. Pyers (0083606)  Amanda K. Wager (0100030)  Reminger Co., L.P.A.  200 Civic Center Drive, Suite 800  Columbus, Ohio 43215  (614) 232-2411  Fax: (614) 232-2410  zpyers@reminger.com;  awager@reminger.com  *Counsel for University of Arizona Global* |

*Campus*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 22, 2023. I electronically filed a copy of the foregoing *Joint Stipulation of Dismissal as to Defendant University of Arizona Global Campus* with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all parties of record.

                                              /s/Brian D. Flick, Esq.
                                              Brian D. Flick, Esq. (OH #0081605)
                                              DANN LAW
                                              *Co-Counsel for Plaintiff*