**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| Amy Smith | : | Case No. 3:23-cv-017 |
| | : | Judge Michael J. Newman |
| vs. | | Magistrate Judge Peter B. Silvain Jr. |
| | : | |
| University of Arizona Global Campus, et al. | : | |
| Defendant. | : | |

## **CLERK'S ENTRY OF DEFAULT**

It is appearing that, Defendant, Zovio, Inc. is in default, having failed to plead or otherwise defend in this cause as required by law.

Now therefore, in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, Clerk's Entry of Default is hereby entered against Defendant, Zovio, Inc., on this **6th day of September 2023**.



Richard W. Nagel, Clerk, U.S. District Court