IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| **AMY SMITH** | Case No. 3:23-cv-00017 |
| Plaintiff, | Judge Michael J. Newman |
| v. | Magistrate Peter B. Silvain, Jr. |
| **UNIVERSITY OF ARIZONA GLOBAL CAMPUS,** *et al*. | |
| Defendant(s) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ALL CLAIMS AGAINST CO-DEFENDANT ZOVIO, INC.**

Plaintiff Amy Smith hereby dismisses all claims against co-Defendant Zovio, Inc. without prejudice pursuant to Civ. R. 41(a).

Nothing is this Notice shall affect Plaintiff's pending claims for relief against co-Defendant The CBE Group, Inc.

Respectfully Submitted,

/s/Brian D. Flick
Marc E. Dann (0039425)
Brian D. Flick (0081605)
DannLaw
15000 Madison Avenue
Lakewood, OH 44107
Phone: (216) 373-0539
Facsimile: (216) 373-0536
notices@dannlaw.com

*Counsel for Plaintiff Amy Smith*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A copy was also served via certified mail upon the following party on December 5, 2023

Zovio, Inc.
℅ CT Corporation System, Registered Agent
3800 North Central Avenue, Suite 460
Phoenix, AZ 85012

Zovio, Inc.
℅ The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

/s/Brian D. Flick
Marc E. Dann (0039425)
Brian D. Flick (0081605)
DannLaw
*Attorneys for Plaintiff*