UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| **AMY SMITH**<br><br>　　Plaintiff(s)<br><br>　　vs.<br><br>**UNIVERSITY OF ARIZONA GLOBAL CAMPUS**, *et ai*.<br><br>　　Defendant. | Case No.: 3:23-cv-00017<br><br>Judge Michael J. Newman<br>Magistrate Judge Peter B. Silvain Jr. |

**STIPULATED DISMISSAL OF ALL CLAIMS AGAINST
<u>DEFENDANT THE CBE GROUP, INC.</u>**

Plaintiff Amy Smith and Defendant The CBE Group, Inc. hereby stipulate that Plaintiffs' claims against Defendant The CBE Group, Inc. are hereby dismissed *with prejudice* pursuant to Civ. R. 41. Each party shall bear their own costs.

Respectfully Submitted,

<u>/s/Brian D. Flick</u>
Marc E. Dann (0039425)
Brian D. Flick (0081605)
DannLaw
15000 Madison Avenue
Lakewood, OH 44107
(216) 373-0539
(216) 373-0536 fax
notices@dannlaw.com

*Attorneys for Plaintiff Amy Smith*

<u>/s/Boyd W. Gentry</u> (per email consent Jan. 10, 2024)
Boyd W. Gentry (0071057)
Law Office of Boyd W. Gentry, LLC
4031 Colonel Glenn Highway, First Floor
Dayton, OH 45341
(412) 288-5346
bgentry@boydgentrylaw.com

*Counsel for Defendant The CBE Group, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 11, 2024 I electronically filed a copy of the foregoing *Joint Stipulation of Dismissal as to Defendant The CBE Group, Inc.* with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all parties of record.

      /s/Brian D. Flick
      Brian D. Flick (OH #0081605)
      **DANN LAW**
      *Co-Counsel for Plaintiff*